# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Anthony Jaron Richardson,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                    3:06cv83-2-V

United States of America,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/1/06 Order.

March 2, 2006

FRANK G. JOHNS, CLERK

BY: _____

Cynthia Huntley, Deputy Clerk

Dockets.Justia.com